SUSAN SAMUELS MUCK (CSB No. 126930)
smuck@fenwick.com
DEAN S. KRISTY (CSB No. 157646)
dkristy@fenwick.com
ALEXIS I. CALOZA (CSB No. 278804)
acaloza@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendants Edward Fenster, Richard Wong, Leslie Dach, Lynn Jurich, Steven Vassallo, Gerald Risk, Katherine August-deWilde, Robert Patrick Komin, Jr., Paul Winnowski, and Jameson McJunkin, and Nominal Defendant Sunrun Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARBARA SUE SKLAR LIVING TRUST, Derivatively on Behalf of Nominal Defendant SUNRUN INC., <br><br> Plaintiff, <br><br> v. <br><br> EDWARD FENSTER, RICHARD WONG, LESLIE DACH, LYNN JURICH, STEVEN VASSALLO, GERALD RISK, KATHERINE AUGUST-DE WILDE AND ROBERT PATRICK KOMIN, JR., <br><br> Defendants, <br> and <br> SUNRUN INC., <br><br> Nominal Defendant. | Case No.: 3:17-cv-03743-VC <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING STAY AND CONTINUING HEARING ON MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT** |

STIPULATION AND [PROPOSED] ORDER RE STAY
AND CONTINUING PRELIMINARY APPROVAL
HRG.

CASE NO.: 3:17-cv-03743-VC

| | |
|---|---|
| 1  LEONARD OLSEN, derivatively on behalf of SUNRUN INC., | Case No.: 3:19-cv-02109-VC |
| 2 | |
| 3          Plaintiff, | |
| 4     v. | |
| 5  LYNN JURICH, BOB KOMIN, PAUL WINNOWSKI, LESLIE DACH, RICHARD WONG, STEVE VASSALLO, GERALD RISK, EDWARD FENSTER, KATHERINE AUGUST-DEWILDE, and JAMESON MCJUNKIN, | |
| 6 | |
| 7          Defendants, | |
| 8     and | |
| 9  SUNRUN INC. | |
| 10         Nominal Defendant. | |

This stipulation is entered into by and among plaintiff Barbara Sue Sklar Living Trust, plaintiff Leonard Olsen, and defendants Edward Fenster, Richard Wong, Leslie Dach, Lynn Jurich, Steven Vassallo, Gerald Risk, Katherine August-deWilde, Robert Patrick Komin, Jr., Paul Winnowski, and Jameson McJunkin, and nominal defendant Sunrun Inc. (collectively, "Defendants"), by and through their respective attorneys of record, pursuant to Civil Local Rules 6-1(a), 7-7, and 7-12, as follows:

WHEREAS, on June 29, 2017, plaintiff Barbara Sue Sklar Living Trust ("Sklar") filed a putative shareholder derivative action in the United Stated District Court for the Northern District of California, San Francisco Division, captioned *Barbara Sue Sklar Living Trust v. Fenster et al.*, Case No. 3:17-cv-03743-VC, (the "*Sklar* Action");

WHEREAS, on April 5, 2018, plaintiff Leonard Olsen filed a substantially similar putative shareholder derivative action in the United States District Court for the District of Delaware, captioned *Olsen v. Jurich et al.*, Case No. 1:18-cv-00516-VAC-CJB, (the "*Olsen* Action");

WHEREAS, the *Olsen* Action was transferred to the United States District Court for the Northern District of California, San Francisco Division, Case No. 3:19-cv-02109-VC, where it

was related to and consolidated with the *Sklar* Action;

WHEREAS, on April 15, 2019, plaintiff *Sklar* filed a Notice of Motion and Motion for Preliminary Approval of Derivative Settlement of the *Sklar* and *Olsen* Actions (Dkt. No. 23), which noticed the hearing on the motion for May 23, 2019 at 10:00 a.m.;

WHEREAS, Defendants are not available to appear before the Court on May 23, 2019 at 10:00 am, but all parties are available to appear before the Court on June 6, 2019 at 10:00 a.m.;

WHEREAS, pending Court approval, the parties to the *Olsen* Action wish to obtain the full benefits of the settlement, including reducing legal expenses and minimizing the burden on the Court and the parties of continuing to litigate the *Olsen* Action; and

WHEREAS, the parties agree that staying all proceedings in the *Olsen* Action, except those related to the settlement, is prudent and will conserve party and judicial resources.

THEREFORE, the parties hereby stipulate and respectfully request that:

1. The May 23, 2019 hearing noticed by Plaintiff for the Motion for Preliminary Approval of Derivative Settlement shall be continued until June 6, 2019 at 10:00 a.m.

2. All proceedings in the *Olsen* Action, except those related to the settlement, shall be stayed from the date this Stipulation is approved by the Court.


Dated: May 1, 2019                     REICH RADCLIFFE AND HOOVER LLP


                                       By:   */s/ Adam T. Hoover*
                                             Adam Todd Hoover

                                       4675 MacArthur Court, Suite 550
                                       Newport Beach, CA 92660
                                       Phone: (949) 975-0512
                                       Facsimile: (949) 975-0514
                                       Email: adhoover@reichradcliffe.com

                                       *Attorneys for Plaintiff Barbara Sue Sklar Living Trust*

|     |                              |                                            |
| --- | ---------------------------- | ------------------------------------------ |
| 1   | Dated: May 1, 2019           | BRAGAR EAGEL & SQUIRE, P.C.                |

Dated: May 1, 2019      BRAGAR EAGEL & SQUIRE, P.C.

By:    */s/ Melissa A. Fortunato*
       Melissa A. Fortunato

101 California Street, Suite 2710
San Francisco, CA 94111
Telephone:   (415) 365-7149
Email:        fortunato@bespc.com

*Attorneys for Plaintiff Leonard Olsen*

Dated: May 1, 2019      FENWICK & WEST LLP

By:    */s/ Susan S. Muck*
       Susan S. Muck

555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Fax: (415) 281-1350
Email: smuck@fenwick.com

*Attorneys for Defendants Edward Fenster, Richard Wong, Leslie Dach, Lynn Jurich, Steven Vassallo, Gerald Risk, Katherine August-deWilde, Robert Patrick Komin, Jr., Paul Winnowski, and Jameson McJunkin, and Nominal Defendant Sunrun Inc.*

\*    \*    \*

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in the filing of this stipulation.

Dated:    May 1, 2019

                                           */s/ Susan S. Muck*
                                             Susan S. Muck

**\* \* \***
**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, IT IS HEREBY ORDERED that:

1. The May 23, 2019 hearing noticed by plaintiff Sklar for the Motion for Preliminary Approval of Derivative Settlement is continued until June 6, 2019 at 10:00 a.m.

2. All proceedings in the *Olsen* Action, except those related to the settlement, are stayed.

Dated: _____          _____

                                                                                         Hon. Vince Chhabria
                                                                                          United States District Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER RE STAY
AND CONTINUING PRELIMINARY APPROVAL
HRG.                                          4                                              CASE NO.: 3:17-cv-03743-VC