UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA SUE SKLAR LIVING TRUST,<br><br>            Plaintiff,<br><br>    v.<br><br>EDWARD FENSTER, et al.,<br><br>            Defendants. | Case No.  17-cv-03743-VC<br><br>**ORDER DENYING MOTION FOR DERIVATIVE SETTLEMENT APPROVAL**<br><br>Re: Dkt. No. 23 |

The motion for preliminary approval of the parties' derivative settlement is denied. The motion does not contain adequate information to permit an evaluation of the settlement agreement. Most important, the motion does not contain any estimation of the value of the plaintiffs' claims. The settlement proposes several corporate governance reforms, but the parties have not provided any comparison of these reforms to Sunrun's existing practices, or any explanation for how these specific reforms will address the issues raised by the plaintiffs' claims. The release clause also appears to be overbroad under Ninth Circuit precedent. *See Hesse v. Sprint Corp.*, 598 F.3d 581, 590–91 (9th Cir. 2010).

If the parties wish to file a renewed motion for settlement approval, they must do so within 21 days of this order.

**IT IS SO ORDERED.**

Dated: June 7, 2019

VINCE CHHABRIA
United States District Judge